**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50388 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00623-RGK |
| v. | |
| KENNETH SLAYTON, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted November 17, 2009[**]

Before:   ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Kenneth Slayton appeals from his guilty-plea conviction and 72-month

sentence for distribution of cocaine base in the form of crack cocaine, in violation

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of 21 U.S.C. § 841(a)(1), (b)(1)(iii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Slayton's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.